UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Weiyang Wu,

                Plaintiff,

      -against-

King Dragon Chinese Restaurant Inc., Yu Ping
Chen, and Yanlai Lin,

                Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _5/13/2026_____ |

25 Civ. 10798 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 5, 2026, the Court ordered the parties to file a joint letter and proposed case management plan by May 5, 2026. *See* ECF No. 8. That deadline has now passed. Accordingly, by **June 5, 2026**, the parties shall file the joint letter and proposed case management plan.

      SO ORDERED.

Dated: May 13, 2026
      New York, New York

                                    _____
                                     ANALISA TORRES
                                United States District Judge