USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

LAW OFFICES OF
**VINCENT S. WO**
*Attorneys at Law*

**Please Respond To:**
☐ 39 East Broadway, Suite 306
New York, NY 10002

☑ 6008 8th Avenue
Brooklyn, NY 11220

Fax: 718.833.1968
♦♦♦
Email: vswlaw@gmail.com
Website: vswlaw.com

July 7, 2026

**VIA ECF**
Hon. Analisa Torres.
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15D
New York, NY 10007-1312

Re: **Wu v. King Dragon Chinese Restaurant Inc. et al**
**Case Number: 25-cv-10798**
**Request for Extension of Time**

Dear Judge Torres:

My office represents the Plaintiff, Weiyang Wu in the above-referenced action. We write this letter to respectfully request a one-week extension of time, up to and including July 15, 2026, so that the parties may finalize, and sign the proposed settlement agreement in this matter.

The parties have reached a settlement and need additional time to have the parties sign the agreement. The requested extension will provide the parties with sufficient time to execute the agreement, and prepare the appropriate settlement approval materials for the Court's consideration.

We thank Your Honor for your time and consideration in this matter.

Respectfully submitted,

/s/ Vincent S. Wong
Vincent S. Wong, Esq.
Law Offices of Vincent S. Wong

GRANTED. By **July 15, 2026**, the parties shall submit their settlement papers.

SO ORDERED.

Dated: July 8, 2026
New York, New York

ANALISA TORRES
United States District Judge